UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE CARDACI,<br><br>          Plaintiff,<br><br>  vs.<br><br>VAN ECK ASSOCIATES CORPORATION and JAN VAN ECK,<br><br>          Defendants. | 1:18-cv-09705-RA<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel for Defendants Van Eck Associates Corporation and Jan van Eck in the above-captioned action.

The undersigned is admitted to practice in this Court.

New York, New York
November 30, 2018

          SEWARD & KISSEL LLP

          By: /s/ M. William Munno
            M. William Munno

          One Battery Park Plaza
          New York, NY  10004
          (212) 574-1200

          *Attorneys for Defendants Van Eck Associates*
          *Corporation and Jan Van Eck*

## **CERTIFICATION OF SERVICE**

I hereby certify that on November 30, 2018, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Paul B. Koepp

SK 02130 0022 8102609