UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE CARDACI,<br><br>                              Plaintiff,<br><br>vs.<br><br>VAN ECK ASSOCIATES CORPORATION and JAN VAN ECK,<br><br>                              Defendants. | Index No. 1:18-cv-09705 |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Van Eck Associates Corporation hereby submits its corporate disclosure statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure.

1. Van Eck Associates Corporation does not have any parent corporation; and

2. There is no publicly held corporation that owns 10 percent or more of Van Eck Associates Corporation.

Dated: New York, New York
       November 30, 2018

                                        SEWARD & KISSEL LLP

                                        By:  /s/ M. William Munno
                                            M. William Munno
                                            Anne C. Patin
                                            Katherine L. Porter
                                            Paul B. Koepp
                                        One Battery Park Plaza
                                        New York, New York 10004
                                        (212) 574-1587

                                        Attorneys for Defendants

SK 02130 0022 8098310