```
                                                    USDC-SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC #:_____
-----------------------------------------------X    DATE FILED: 2/22/19
                                               :
CATHERINE CARDACI,                             :
                                               :
                       Plaintiff,              :
                                               :    No. 18 Civ. 09705 (RA)
           -v-                                 :
                                               :    ORDER AND NOTICE OF
VAN ECK ASSOCIATES CORPORATION                 :    INITIAL CONFERENCE
& JANE VAN ECK                                 :
                                               :
                       Defendants.             :
                                               X
-----------------------------------------------
```

RONNIE ABRAMS, United States District Judge:

In light of the fact that the Southern District mediation process was unsuccessful in this case, *see* Dkt. 13, counsel for all parties shall appear for an initial status conference on March 14, 2019, at 3:15 p.m. to be held in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York.

IT IS FURTHER ORDERED that, by March 7, 2019, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7.     Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, by March 7, 2019, the parties jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Abrams. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at http://www.nysd.uscourts.gov/ecf/ecf_rules_080113.pdf. Please consult my Individual Rules and Practices with respect to communications with Chambers and related matters.

SO ORDERED.

Dated:     February 22, 2019
             New York, New York

_____
Ronnie Abrams
United States District Judge