# VLADECK, RASKIN & CLARK, P.C.

VALDI LICUL
212.403.7311
VLICUL@VLADECK.COM

May 10, 2019

**VIA ECF**

The Honorable Judge Ronnie Abrams
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 1506
New York, NY 10007

Re: Cardaci v. Van Eck Associates Corp. et al.
Case No.18 Civ. 09705 (RA)

Dear Judge Abrams:

We represent Plaintiff, Catherine Cardaci, in the above-referenced matter against Defendants, Van Eck Associates Corp. and Jan Van Eck. Plaintiff writes to provide for the Court's consideration the attached proposed Stipulation and Confidentiality Agreement and Order ("Confidentiality Order"), which is intended to govern the pretrial stage of litigation.[1] The parties have stipulated to the Confidentiality Order and believe that good cause exists under Federal Rule of Civil Procedure 26(c) for the Court to enter the order. Accordingly, the parties respectfully request that the Confidentiality Order be "so ordered."

Should the Court find any of the proposed terms unacceptable, the parties are willing to meet and confer on revisions to the Confidentiality Order to comply with the Court's instructions.

Respectfully submitted,

/s/

Valdi Licul

VL/yag

[1] The Confidentiality Order is annexed hereto as Exhibit A.