UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE CARDACI,

               Plaintiff,

  -against-

VAN ECK ASSOCIATES CORP., et al.,

       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/23/2019

18-CV-9705 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record at the July 23, 2019 discovery conference, it is hereby ORDERED that plaintiff's letter-application seeking production of additional documents by defendants (Dkt. No. 24) is GRANTED IN PART and DENIED IN PART, as follows:

1. <u>Compensation of Senior Executives</u>. Defendants shall promptly produce the compensation spreadsheets discussed at the conference for all senior executives of Van Eck Associates Corp. (that is, executives who reported directly to Jan Van Eck) from January 1, 2013, through June 30, 2019, showing each executive's salary and "total compensation" (Dkt. No. 15, at 3), as well as defendants' contemporaneous calculation of the corresponding McLagan percentiles, on at least an annual basis. To the extent some or all of this information is not contained within the spreadsheets, defendants shall produce documents sufficient to show each executive's salary and total compensation, and the corresponding McLagan percentiles, on at least an annual basis.

2. <u>Successor Information</u>. Defendants shall promptly produce documents concerning the selection, promotion, and initial compensation package provided to Kristen Capuano as Chief Marketing Officer.

3. <u>ESI terms</u>. Defendants shall promptly provide plaintiff with their ESI parameters, including the names and titles of ESI custodians and identification of the search terms and strings used.

    All relief not expressly granted herein is DENIED.

Dated:   New York, New York
           July 23, 2019

                                               **SO ORDERED.**

                                               _____
                                               **BARBARA MOSES**
                                               **United States Magistrate Judge**