UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE CARDACI,<br><br>Plaintiff,<br><br>vs.<br><br>VAN ECK ASSOCIATES CORPORATION AND JAN VAN ECK,<br><br>Defendants. | 18 Civ. 09705 (RA)(BCM)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Paul B. Koepp dated January 22, 2020, and the exhibits attached thereto; Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, dated January 22, 2020; Defendants' Rule 56.1 Statement of Undisputed Material Facts; and all other pleadings and papers attached hereto, Defendants will move this Court at the United State Courthouse, 40 Foley Square, Courtroom 1506, New York, New York 10007, at such time as the Court may direct, for an Order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment to Defendants and dismissing Plaintiff's First Amended Complaint in its entirety with prejudice, together with such other and further relief as the Court deems just and proper.

Dated: New York, New York
January 22, 2020

SEWARD & KISSEL LLP

By: /s/ M. William Munno
M. William Munno
Anne C. Patin
Katherine L. Porter
Paul B. Koepp
One Battery Park Plaza
New York, New York 10004
(212) 574-1587

Attorneys for Defendants