USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-28-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE CARDACI,

               Plaintiff,

      v.

VAN ECK ASSOCIATES CORPORATION
AND JAN VAN ECK,

               Defendants.

18-CV-9705 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court will hold a telephonic conference to discuss Defendants' pending motion for summary judgment on September 3, 2020 at 12:00 p.m.

    The parties shall use the dial-in information provided below to call in to the conference:

Call-in Number: (888) 363-4749
Access Code: 1015508

    This conference line is open to the public. If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates for this conference.

SO ORDERED.

Dated:    August 28, 2020
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge