UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-3-20
```

CATHERINE CARDACI,

            Plaintiff,

      v.

VAN ECK ASSOCIATES CORPORATION
AND JAN VAN ECK,

            Defendants.

18-CV-9705 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      For the reasons articulated at today's hearing, Defendants' motion for summary judgment is granted in part and denied in part. Specifically, the motion is granted as to Plaintiff's retaliation claim under the Fair Labor Standards Act and her claim under the Jury System Improvements Act, but denied as to the remainder of the claims. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 35. No later than September 17, 2020, the parties shall submit a joint letter informing the Court as to (1) whether they are willing to consent to a bench trial, (2) if so, whether they are willing to hold the bench trial remotely, and (3) if they think that a referral for settlement discussions or mediation would be productive at this time. In their letter, the parties shall also propose all jointly available dates for trial within the next six to nine months.

SO ORDERED.

Dated:    September 3, 2020
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge