UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE CARDACI,

                              Plaintiff,

                    vs.

VAN ECK ASSOCIATES CORPORATION and
JAN VAN ECK,

                              Defendants.

18 Civ. 09705 (RA)(BCM)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Catherine

Cardaci and defendants Van Eck Associates Corporation and Jan van Eck, by and through their

undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear

his or its own costs and attorneys' fees.

Dated: New York, New York
       March 15, 2021

VLADECK, RASKIN & CLARK, P.C.

By: _____
       Jeremiah J. Iadevaia
       Yannick A. Grant

565 Fifth Avenue, 9th Floor
New York, New York 10017
(212) 403-7300

Attorneys for Plaintiff

                    SO ORDERED.

SEWARD & KISSEL LLP

By: _____
       M. William Munno
       Anne C. Patin
       Paul B. Koepp

One Battery Park Plaza
New York, New York 10004
(212) 574-1587

Attorneys for Defendants

SK 02130 0022 8720261

_____
Hon. Ronnie Abrams
03/16/2021